IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**                                                                                   **PETITIONER**

v.                                    Case No. 5:13-cv-00159 KGB/HDY

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that he Petition for Writ of Habeas Corpus is dismissed (Dkt. No. 1), all requested relief is denied, a certificate of appealability is denied, and judgment is entered for Mr. Hobbs.

SO ORDERED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE