IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENNIE DAVID GUY**                                                                                  **PETITIONER**

v.                       Case No. 5:13-cv-00159 KGB/HDY

**RAY HOBBS**, Director of the
Arkansas Department of Correction                                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice. Both the relief sought and a certificate of appealability are denied.

SO ADJUDGED this 16th day of October, 2013.

_____
UNITED STATES DISTRICT JUDGE